UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALARIE RICHMAN,<br>      Plaintiff<br><br>v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br>      Defendant | C. A No. 1:20-cv-11816-NMG |

### JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference, plaintiff, Valarie Richman and defendant, Whole Foods Market Group, Inc., submit the following Joint Statement.

**I.  SUMMARY OF LITIGATION**

The plaintiff has filed this lawsuit for recovery of damages for personal injuries, harms and losses caused by defendant's alleged negligence, and arising from an alleged trip and fall accident at the defendant's store in Cambridge, MA on or about June 1, 2019.
The lawsuit was filed in the Commonwealth of Massachusetts, Middlesex Superior Court, and the defendant removed the matter to this Court pursuant to 28 U.S.C. 1332, 1441 and 1446. The defendant denies liability and contests the cause, nature and extent of plaintiff's claimed damages.

Counsel for the parties have complied with Local Rule 16.1, and conferred regarding an agenda for the scheduling conference, preparing a proposed pretrial schedule for the case that includes a plan for discovery, and considering whether they will consent to trial by magistrate judge.

The plaintiff has complied with Local Rule 16.1(C), by presenting a written settlement demand to the defendant's representative on August 4, 2020.

**II.  AGENDA**

The parties propose that the proposed pretrial scheduling and discovery plan set forth below be discussed at the Rule 16.1(d) conference.

### III. PROPOSED DISCOVERY AND MOTION SCHEDULE

The parties agree that all discovery should be limited in accordance with Local Rule 26.1(c).

| EVENT | CURRENT DEADLINE |
|---|---|
| Automatic required disclosure to be provided on or before | December 16, 2020 |
| Amendments to the pleadings on or before | January 15, 2021 |
| Completion of fact paper discovery | April 1, 2021 |
| Depositions completed on or before | August 1, 2021 |
| Plaintiff's Rule 26(a)(2) to expert disclosures due on or before | September 1, 2021 |
| Defendant's Rule 26(a)(2) expert disclosures due on or before | October 1, 2021 |
| Expert depositions completed | December 1, 2021 |
| Dispositive motions to be filed on or before and oppositions to be filed on or before | February 1, 2021 |
| Rule 26(a) (3) pretrial disclosures on or before | To be determined by Court |
| Final pretrial conference on or after | To be determined by Court |

| Trial | To be determined by Court |
|---|---|

### IV. MISCELLANEOUS

The parties do consent to have this case referred to a magistrate.

### V. CERTIFICATIONS

The required certifications are attached or have been filed under separate cover.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiff, Valerie Richman,<br>By Her Attorney,<br><br>_/s/ P. Mitchell_<br>Paul E. Mitchell, Esq. BBO #550491<br>Pmitchell@mitchelldesimone.com<br>Mitchell & DeSimone<br>101 Arch Street<br>Boston, Massachusetts 02110<br>(617) 737-8300 | Respectfully submitted,<br>Defendant, Whole Foods Market Group, Inc.<br>By Its Attorney,<br><br>_/s/ S. Bazarian_<br>Stephen C. Bazarian, Esq. BBO #553148<br>sbazarian@dfllp.com<br>Dalton & Finegold, LLP<br>34 Essex Street<br>Andover, MA 010810<br>(978) 470-8400 |