UNITED STATES DISTRICT COURT

CIVIL ACTION NO.:
1:20-CV-11816-NMG

| | |
|---|---|
| VALARIE RICHMAN, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| WHOLE FOODS MARKET GROUP, INC., | ) |
| Defendant | ) |

### CERTIFICATION OF VALARIE RICHMAN PURSUANT TO LOCAL RULE 16.1(D)(3)

The plaintiff, Valarie Richman, and her attorney as Authorized Representative, hereby certifies as follows:

1. Plaintiff and her counsel have conferred with a view to establishing a budget for the cost of conducting a full course and various alternatives courses of litigation; and

2. Plaintiff and her counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution program such as those outlined in Local Rule 16.4.

Respectfully submitted,
Plaintiff, Valarie Richman,
By Her Attorney,

Paul E. Mitchell, BBO# 550491
pmitchell@mitchelldesimone.com
Mitchell & DeSimone
101 Arch Street
Boston, MA  02110
(617) 737-8300
Valarie Richman,

Valarie Richman
4 Canal Park, Apt. # 207
Cambridge, MA  02141

### CERTIFICATE OF SERVICE

I certify that I have served this document via Notice of Electronic Filing for parties and counsel who receive electronic notice by the CM/ECF system and via first class mail for parties and counsel who do not receive electronic notice by the CM/ECF.

Paul E. Mitchell

3