UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALARIE RICHMAN, ) | |
| ) | Civil Action No. 1:20-cv-11816 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WHOLE FOODS MARKET GROUP, ) | |
| INC., ) | |
| Defendant. ) | |

### LOCAL RULE 16.1(d)(3) CERTIFICATION OF DEFENDANT WHOLE FOODS MARKET GROUP, INC.

NOW COMES defendant Whole Foods Market Group, Inc. ("Defendant") and its counsel, Stephen C. Bazarian of Dalton & Finegold, LLP, and, pursuant Local Rule 16.1(d)(3), hereby certify that they have conferred (a) with a view to establishing a budget for the cost of conducting the full course – and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

WHOLE FOODS MARKET GROUP, INC.

/s/ John H. Hempfling II
By:  John H. Hempfling II, Esq.
Its: Senior Global Litigation Counsel

WHOLE FOODS MARKET GROUP, INC.

By its attorneys,

/s/ Stephen C. Bazarian
Stephen C. Bazarian (BBO#: 553148)
sbazarian@dfllp.com
DALTON & FINEGOLD, LLP
34 Essex St.
Andover, MA  02109
Ph.: 978-296-4755
FAX:  978-470-8338

DATED:  November 24, 2020

> ### CERTIFICATE OF SERVICE
>
> I hereby certify that on November 24, 2020, a true copy of this document was filed through the court's ECF system and that counsel for Plaintiff is a registered user of the ECF system designated to receive Notices of Electronic Filings generated by the ECF system in this matter.
>
> /s/ Stephen C. Bazarian
> Stephen C. Bazarian, Esq.