UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VALARIE RICHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 20-11816-JGD |
| WHOLE FOODS MARKET GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

Following the assignment of this case to Magistrate Judge Dein, it is hereby ORDERED as follows:

1.  The court adopts the following deadlines established during the initial scheduling conference held on December 2, 2020 and set forth in Docket No. 12:

    a. Automatic discovery shall be completed by **December 16, 2020**.

    b. The parties shall file any amendments and/or supplements to the pleadings by **January 15, 2021**.

    c. Any written discovery shall be served by **February 28, 2021**.

    d. Responses to any written discovery shall be served by **March 31, 2021**.

    e. The parties shall complete all fact discovery, including any fact witness depositions, by **July 31, 2021**.

2.  As part of any L.R. 7.1 consultation in connection with any issue to be brought to the court's attention, the parties shall discuss and try to reach an agreement as to the appropriate way to bring the dispute to the attention of the court, including whether full briefing and/or in-person oral argument is necessary.    The parties shall notify the court of

their proposal as to how best to proceed.

3. The next status conference is scheduled for **March 8, 2021 at 10:00 a.m.** At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial; and
    (c) the use of alternative dispute resolution ("ADR") programs.

4. The parties shall submit a brief joint statement no later than three (3) business days before the conference addressing the issues itemized in paragraph 3 above. With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but shall not identify their respective positions.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: December 17, 2020